# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN C SEPULVEDA, | ) |
| Plaintiff, | ) |
| v. | ) |
| EXPERIAN d/b/a EXPERIAN HOLDINGS, INC., | ) Case No. 24-cv-5237 |
| Defendant. | ) |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court on the following grounds:

1.  An action was filed by Plaintiff Ann C. Sepulveda ("Plaintiff") in the Civil Court of the City of New York, Kings County, entitled Ann C. Sepulveda v. Experian d/b/a Experian Holdings, Inc., Index No. 11955/2024 (the "State Court Action").

2.  Experian was served with the Summons and Complaint on or about June 26, 2024.

3.  This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based, pursuant to 28 U.S.C. § 1446(b).

4.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

5. This Court is the proper district court for removal because the State Court Action is pending within this district.

6. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 in that this civil action arises under the Constitution or laws of the United States.

7. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8. The claims for relief against Defendant alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: July 26, 2024                                          Respectfully submitted,

                                                              /s/ *Christopher Zepf*
                                                              Christopher Zepf
                                                              JONES DAY
                                                              250 Vesey Street
                                                              New York, New York 10281
                                                              Telephone: (212) 326-3457
                                                              Email: czepf@jonesday.com

                                                              *Attorney for Defendant*
                                                              *Experian Information Solutions, Inc.*